UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TY HERTIG, | ) | 1:04-CV-05633-AWI-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | (DOCUMENT #9) |
| CAMBRA, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2005, plaintiff filed a motion to extend time to file an amended complaint, pursuant to the court's order of October 12, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   November 18, 2005**          /s/ Sandra M. Snyder
b6edp0                                            UNITED STATES MAGISTRATE JUDGE