# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY HERTIG,<br><br>             Plaintiff,<br><br>    v.<br><br>CAMBRA, et. al.,<br><br>             Defendants.<br>_____/ | CV F  04 5633 AWI SMS P<br><br>ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO FILE AMENDED COMPLAINT<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF BLANK CIVIL RIGHTS FORM A COURTESY COPY OF DOCUMENT 8. |

Ty Hertig ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 18, 2005, the Court issued an Order dismissing the case with leave to amend. Plaintiff was afforded thirty days in which to file an Amended Complaint curing the deficiencies outlined by the Court. However, more than thirty days passed and Plaintiff did not file an Amended Complaint or make any other contact with the Court. Thus, on January 11, 2006, this Court issued Findings and Recommendations that the action be dismissed for Plaintiff's failure to comply with a Court Order and failure to amend the Complaint as directed to in the Order dismissing with leave to amend.

On January 20, 2006, Plaintiff filed Objections to the Findings and Recommendations stating that he had been transferred to a medical facility and did not have his legal paperwork to formulate an Amended Complaint. Based on Plaintiff's explanation, the Court will grant Plaintiff an additional thirty days to submit an Amended Complaint. In addition, the Court will direct the Clerk of Court to send Plaintiff a blank civil rights form and a copy of the Court's

Order dismissing the Complaint with leave to amend. This Order details the deficiencies in the Complaint. Thus, Plaintiff should have sufficient information to submit an Amended Complaint within the thirty day deadline. Should Plaintiff fail to comply within the allotted time, the Court will submit the Findings and Recommendations to the District Court for resolution of the recommended dismissal. In the event Plaintiff complies by submitting an Amended Complaint, the Court will vacate the Findings and Recommendations and proceed with the case.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff is GRANTED thirty (30) days from the date of service of this Order to submit an Amended Complaint as directed in the Order dismissing with leave to amend;

2. The Clerk of Court is DIRECTED to send Plaintiff a blank civil rights form and a courtesy copy of the Order dismissing with leave to amend (Doc. 8). Plaintiff should be aware that this Court's re-service of a courtesy copy of the Court's order does not mean that the Court will continue to send Plaintiff court documents or documents in the record.

**IT IS SO ORDERED.**

**Dated:   February 12, 2006                             /s/ Sandra M. Snyder**
icido3                                                              UNITED STATES MAGISTRATE JUDGE