# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY HERTIG, | CV F   04 5633 AWI SMS P |
|         Plaintiff, | |
|    v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JANUARY 11, 2006 (Doc. 11.) |
| CAMBRA, et. al., | |
|         Defendants. | |

Ty Hertig ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 18, 2005, the Court issued an Order dismissing the case with leave to amend. Plaintiff was afforded thirty days in which to file an Amended Complaint curing the deficiencies outlined by the Court. However, Plaintiff did not submit the Amended Complaint. Thus, on January 11, 2006, the Court issued Findings and Recommendations that the action be dismissed for Plaintiff's failure to state a claim and also his failure to comply with a court order. Plaintiff filed Objections on January 20, 2006.

On February 13, 2006, the Court granted Plaintiff additional time to comply and submit an Amended Complaint. The Amended Complaint was filed on March 9, 2006. Accordingly, in light of Plaintiff's belated compliance with the Court's Order dismissing with leave to amend,

the Court HEREBY ORDERS:

    1.    The Findings and Recommendations issued January 11, 2006, are HEREBY VACATED.

The Court will proceed with the case in due course.

IT IS SO ORDERED.

**Dated:**    **March 20, 2006**        /s/ Sandra M. Snyder
icido3        UNITED STATES MAGISTRATE JUDGE